CASWELL, *et al.* v. EATON.

No. 6846.    Opinion Filed November 17, 1914.

(144 Pac. 591.)

*Error from Superior Court, Muskogee County; Farrar L. McCain, Judge.*

Action between J. B. Caswell and another and Ernest Eaton, administrator of the estate of W. M. Eaton. From the judgment, the parties first mentioned bring error. Dismissed.

*Blakeney & Maxey,* for plaintiffs in error.

*Brook & Brook,* for defendant in error.

PER CURIAM.  This cause is before us on motion to dismiss.  As the record here discloses substantially the same state of facts as case No. 6642, *Caswell et al. v. Eaton, Adm'r, ante,* what is there said is equally applicable here, and upon the authority of that case this cause is dismissed.

It is so ordered.